**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1443**

_____

PATRICIA I. JAMES,

                                        Plaintiff - Appellant,

        versus

OFFICE OF PERSONNEL MANAGEMENT; JOHN ASHCROFT,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
03-3517-JFM)

_____

Submitted:  August 12, 2004          Decided:  August 17, 2004

_____

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Patricia I. James, Appellant Pro Se.  Ariana Wright Arnold, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patricia I. James appeals the district court's order granting summary judgment for the Office of Personnel Management on her action under the Federal Employee Health Benefits Program. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See James v. Office of Pers. Mgmt., No. CA-03-3517-JFM (D. Md. Mar. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED